1  BETTY M. SHUMENER (Bar No. 137220)
2  HENRY H. OH (Bar No. 187127)
   **DLA PIPER US LLP**
3  550 South Hope Street, Suite 2300
   Los Angeles, CA  90071-2678
4  Tel:  213.330.7700
   Fax:  213.330.7701
5  henry.oh@dlapiper.com

6  *Attorney for Defendant, Motricity, Inc.*

7
                    UNITED STATES DISTRICT COURT
8
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          AT SAN FRANCISCO

11
   CAMELLIA WALKER, individually and on
12 behalf of a class of similarly situated individuals,     **Case No. 08-CV-3648 MHP**

13                                                          **MOTRICITY, INC.'S CORPORATE**
                           Plaintiff,                       **DISCLOSURE STATEMENT**
14
                               vs.
15
16 MOTRICITY, INC., a Delaware corporation,

17                         Defendant.

18

19     Pursuant to Federal Rule of Civil Procedure 7.1, defendant Motricity, Inc. ("Motricity")

20 makes the following disclosure:

21     1.     All parent corporations, if any, of the named party:
22
            (i)    None
23
       2.     All publicly held companies, if any, that own ten percent (10%) or more of the
24
25 named party's stock:

26          (i)    None

27
28
                                                            **MOTRICITY, INC.'S CORPORATE**
                                                            **DISCLOSURE STATEMENT**

Respectfully submitted,

Dated: August 1, 2008                DLA PIPER US LLP


By: */s/ Henry H. Oh*
    Henry H. Oh

Attorney for Defendant Motricity, Inc.

- 2 -   **MOTRICITY INC.'S CORPORATE DISCLOSURE STATEMENT**

1 **PROOF OF SERVICE**

2  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 550 South Hope Street, Suite 2300, Los Angeles, California 90071-2678.

On August 1, 2008, I served the following documents:

**MOTRICITY, INC.'S CORPORATE DISCLOSURE STATEMENT**

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>Kamberedelson, LLC<br>2757 Leonis Boulevard<br>Vernon, CA  90058 | Jay Edelson, Esq.<br>Myles McGuire, Esq.<br>Kamberedelson, LLC<br>53 West Jackson Blvd., Suite 1530<br>Chicago, IL 60604 |

 I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

 Executed on August 1, 2008, at Los Angeles, California.

*Janet Curley*
Janet Curley

-2-                                                PROOF OF SERVICE RE