1

2  BETTY SHUMENER (CA Bar No. 137220)
   HENRY OH (CA Bar No. 187127)
3  DLA PIPER US LLP
   550 South Hope St., Suite 2300
4  Los Angeles, CA 90071
   Tel:  (213) 330-7700
5  Fax:  (213) 330-7701
   betty.shumener@dlapiper.com
6

7  *Attorneys for Defendant, Motricity, Inc.*

8                    UNITED STATES DISTRICT COURT

9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11                           AT SAN FRANCISCO

12

13 | CAMELLIA WALKER, individually and on behalf of a class of similarly situated individuals, | **Case No. 08-CV-3648 MHP** |
   |---|---|
14 | | **MOTRICITY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
15 | Plaintiff, | |
16 | vs. | |
17 | MOTRICITY, INC., a Delaware corporation, | |
18 | Defendant. | |

19

20     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
21
   named parties, there is no such interest to report.
22

23

24

25

26

27

28
                                              **MOTRICITY, INC.'S CERTIFICATION
                                              OF INTERESTED ENTITIES OR
                                              PERSONS**

1
2  Dated:  August 1, 2008                              DLA PIPER US LLP
3
4                                                      By:*/s/ Henry H. Oh*
                                                          Henry H. Oh
5
                                                       Attorney for Defendant Motricity, Inc.
6
7
...
28                                          - 2 -                    **MOTRICITY INC.'S CERTIFICATION
                                                                     OF INTERESTED ENTITIES OR
                                                                     PERSONS**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 550 South Hope Street, Suite 2300, Los Angeles, California 90071-2678.

On August 1, 2008, I served the following documents:

**MOTRICITY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>Kamberedelson, LLC<br>2757 Leonis Boulevard<br>Vernon, CA  90058 | Jay Edelson, Esq.<br>Myles McGuire, Esq.<br>Kamberedelson, LLC<br>53 West Jackson Blvd., Suite 1530<br>Chicago, IL 60604 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 1, 2008, at Los Angeles, California.

*Janet Curley*
Janet Curley