**United States District Court**
For the Northern District of California

1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10 | CAMELLIA WALKER | NO. CV 08-03648 MHP
11 |        Plaintiff, | **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**
   | v. |
12 |
13 | MOTRICITY INC.
   |        Defendant.
14 |                                            /
15
16 On July 31, 2008, counsel for Defendant, Motorcity filed a Notice document #5 manually, on paper.
17 This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
18
19 The above mentioned paper document has been filed and docketed. However, General Order 45
20 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
21 presumptively designated" as e-filing cases. Therefore, counsel for Defendant should submit the above-
22 mentioned document, in PDF format within 10 days, as an attachment in an *e-mail* message directed to
23 the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button
24 and follow the procedure listed there). Do *not* e-file a document which has been previously filed on
25 paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.
26
27 Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
28 become an ECF User and be assigned a user ID and password for access to the system upon designation

of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: August 5, 2008                                               <u>Hilary D. Jackson</u>
                                                                                      Deputy Clerk