BETTY SHUMENER (CA Bar No. 137220)
HENRY OH (CA Bar No. 187127)
DLA PIPER US LLP
550 South Hope St., Suite 2300
Los Angeles, CA 90071
Tel: (213) 330-7700
Fax: (213) 330-7701
betty.shumener@dlapiper.com

*Attorneys for Defendant, Motricity, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| CAMELLIA WALKER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MOTRICITY, INC., a Delaware corporation,<br><br>Defendant. | **Case No. 08-CV-3648 MHP**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

**WHEREAS,** under Rule 81(c) of the Federal Rules of Civil Procedure, the deadline for defendant, Motricity, Inc. ("Motricity") to answer or otherwise respond to the Complaint is August 6, 2008, five (5) days after the filing of Motricity's Notice of Removal with this Court;

**WHEREAS,** plaintiff Camellia Walker, individually and on behalf of a class of similarly situated individuals, intends to file a motion to remand this action back to California state court;

**WHEREAS,** the parties desire to allow Motricity to extend the deadline to answer or otherwise respond to the Complaint from August 6, 2008 to thirty (30) days after this Court's entry of its order on Ms. Walker's motion to remand;

**WHEREAS,** such an extension of time is proper to permit the Court to address the threshold issue of remand before Motricity is required to respond to the Complaint;

**WHEREAS,** such an extension of time does not affect any deadlines or orders previously entered by the Court;

**NOW, THEREFORE,** the parties, pursuant to Local Rule 6-1, hereby agree and stipulate as follows:

1. The time for Motricity to answer or otherwise respond to the Complaint is extended from August 6, 2008 to thirty (30) days after the entry by the Court of its order on Ms. Walker's motion to remand.

Dated this 6th day of August, 2008.

DLA PIPER US LLP                                KAMBEREDELSON, LLC

s/ Henry Oh
_____                  _____
BETTY SHUMENER (CA Bar No.                      ALAN HIMMELFARB (CA Bar No. 90480)
137220)                                         KAMBEREDELSON, LLC
HENRY OH (CA Bar No. 187127)                    2757 Leonis Boulevard
DLA PIPER US LLP                                Vernon, CA 90058
550 South Hope St., Suite 2300                  Tel: (323) 585-8696
Los Angeles, CA 90071                           Fax: (323) 585-6195
Tel: (213) 330-7700                             ahimmelfarb@kamberedelson.com
Fax: (213) 330-7701
betty.shumener@dlapiper.com                     *Attorney for Plaintiff, Camellia Walker,*
henry.oh@dlapiper.com                           *individually and on behalf of all others similarly*
                                                *situated*
*Attorneys for Defendant, Motricity, Inc*

- 2 -                                           **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 550 South Hope Street, Suite 2300, Los Angeles, California 90071-2678.

On August 8, 2008, I served the following documents:

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| Alan Himmelfarb, Esq. | Jay Edelson, Esq. |
| Kamberedelson, LLC | Myles McGuire, Esq. |
| 2757 Leonis Boulevard | Kamberedelson, LLC |
| Vernon, CA 90058 | 53 West Jackson Blvd., Suite 1530 |
| | Chicago, IL 60604 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2008, at Los Angeles, California.

_Janet Curley_
Janet Curley

WEST\21484569.1