BETTY SHUMENER (CA Bar No. 137220)
HENRY OH (CA Bar No. 187127)
DLA PIPER US LLP
550 South Hope St., Suite 2300
Los Angeles, CA 90071
Tel:  (213) 330-7700
Fax:  (213) 330-7701
betty.shumener@dlapiper.com

*Attorneys for Defendant, Motricity, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| CAMELLIA WALKER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MOTRICITY, INC., a Delaware corporation,<br><br>Defendant. | **Case No. 08-CV-3648 MHP**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

**WHEREAS,** under Rule 81(c) of the Federal Rules of Civil Procedure, the deadline for defendant, Motricity, Inc. ("Motricity") to answer or otherwise respond to the Complaint is August 6, 2008, five (5) days after the filing of Motricity's Notice of Removal with this Court;

**WHEREAS,** plaintiff Camellia Walker, individually and on behalf of a class of similarly situated individuals, intends to file a motion to remand this action back to California state court;

**WHEREAS,** the parties desire to allow Motricity to extend the deadline to answer or otherwise respond to the Complaint from August 6, 2008 to thirty (30) days after this Court's entry of its order on Ms. Walker's motion to remand;

**WHEREAS,** such an extension of time is proper to permit the Court to address the threshold issue of remand before Motricity is required to respond to the Complaint;

**WHEREAS,** such an extension of time does not affect any deadlines or orders previously entered by the Court;

**NOW, THEREFORE,** the parties, pursuant to Local Rule 6-1, hereby agree and stipulate as follows:

1. The time for Motricity to answer or otherwise respond to the Complaint is extended from August 6, 2008 to thirty (30) days after the entry by the Court of its order on Ms. Walker's motion to remand.

Dated this 6th day of August, 2008.

| | |
|---|---|
| DLA PIPER US LLP | KAMBEREDELSON, LLC |
| s/ Henry Oh | |
| BETTY SHUMENER (CA Bar No. 137220) | ALAN HIMMELFARB (CA Bar No. 90480) |
| HENRY OH (CA Bar No. 187127) | KAMBEREDELSON, LLC |
| DLA PIPER US LLP | 2757 Leonis Boulevard |
| 550 South Hope St., Suite 2300 | Vernon, CA 90058 |
| Los Angeles, CA 90071 | Tel: (323) 585-8696 |
| Tel: (213) 330-7700 | Fax: (323) 585-6195 |
| Fax: (213) 330-7701 | ahimmelfarb@kamberedelson.com |
| betty.shumener@dlapiper.com | |
| henry.oh@dlapiper.com | *Attorney for Plaintiff, Camellia Walker, individually and on behalf of all others similarly situated* |
| *Attorneys for Defendant, Motricity, Inc* | |

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT