1 | BETTY M. SHUMENER (Bar No. 137220)
    HENRY H. OH (Bar No. 187127)
2 | **DLA PIPER US LLP**
    550 South Hope Street, Suite 2300
3 | Los Angeles, CA 90071-2678
    Tel: 213.330.7700
4 | Fax: 213.330.7701
    henry.oh@dlapiper.com
5 |
    RUSSELL B. MORGAN (*pro hac vice* applicant)
6 | BOULT, CUMMINGS, CONNERS & BERRY, PLC
7 | 1600 Division Street, Suite 700
    P.O. Box 340025
8 | Nashville, TN 37203
    Tel: (615) 244-2582
9 | rumorgan@boultcummings.com

10 | Attorneys for Defendant Motricity, Inc.

**RECEIVED**

SEP - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMELLIA WALKER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MOTRICITY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 08-CV-3648 MHP<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF RUSSELL B. MORGAN *PRO HAC VICE*** |

Russell B. Morgan, an active member in good standing of the bar of the State of Tennessee, whose business address and telephone number is BOULT, CUMMINGS, CONNERS & BERRY, PLC, 1600 Division Street, Suite 700, Nashville, Tennessee, (615) 244-2582, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Motricity, Inc.,

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application
4   will constitute notice to the party.

5   Dated: 9/5/08

6   _____
    Hon. Marilyn M. Patel
7   United States District Court Judge

DLA PIPER US LLP
LOS ANGELES

WEST\21507224.1                                -1-

[PROPOSED] ORDER RE APPLICATION FOR ADMISSION OF RUSSELL B. MORGAN *PRO HAC VICE*